INC. (Formerly VISALIA RESTAURANT CO., INC.), and WILLIAM J. GALLAGHER.— Motion withdrawn by stipulation. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MUSICAL MUTUAL PROTECTIVE UNION v. JOSEPH N. WEBER, Individually and as President of the AMERICAN FEDERATION OF MUSICIANS, and Others.— Motion granted. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

DAYTON E. SMITH v. EUGENE BOROSS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

JOANNES BROTHERS COMPANY v. FEDERAL SUGAR REFINING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROBERT SCHWARTZ v. MAX BESAS.— Motion denied, with ten dollars costs.— Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

' MARY JUDIS v. FRANK B. MARTIN.— Motion denied, with ten dollars costs.— Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM O'BRIEN v. JAMES LODI.— Motion granted; question certified.— Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

D. & G. GIRL COAT CO., INC., v. MARY ZABELICKY and Another, Impleaded,· etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GRACE H. GRIFFIN v. WILLIAM H. GRIFFIN.— Motion for reargument denied. Order resettled. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LORTEX COMPANY v. RAPHAEL NADLER and Another.— Motion for leave to appeal denied, with ten dollars costs, and motion for stay granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES J. McCABE v. RUBIN FISHBEIN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

In the Matter of the Petition of GEORGE LEASK v. CALVARY BAPTIST CHURCH, a Religious Corporation, etc., and Others.— Motion for leave to appeal denied, with ten dollars costs, and motion for stay granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES A. BISHOP v. GARDINER-MACE COMPANY, INC., and Others.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

FREDERICK L. HUTCHINSON v. A. B. LEACH & Co., INC.— Motion granted on condition that the appeal be promptly prosecuted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of CHENEY BROTHERS (JOROCO DRESSES, INC.). — Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EVERETT A. HUTCHINGS v. PETER A. MALLON, Warden of the City Prison.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EVERETT A. HUTCHINGS v. PETER A. MALLON, Warden of the City Prison.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ISIDORE SCHEINBERG and Others v. BEATRICE SCHEINBERG, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.